IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RODNEY HODGES, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CGI FEDERAL DEFENSE & ) <br> INTELLIGENCE, John Martinez, Dan) <br> Geltmacher and Ray Mabus, ) <br> Secretary, Dept of the Navy, ) <br> ) <br> Defendants. ) <br> _____ | CIV NO 12-00420 LEK-BMK |

## ORDER ADOPTING MAGISTRATE JUDGE'S AMENDED FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on January 28, 2015, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Amended Findings and Recommendation To Grant In Part And Deny In Part Defendant CGI Federal Defense & Intelligence's Bill Of Costs" filed on January 28, 2015, (ECF No. [134]) are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, February 18, 2015.



          /s/ Leslie E. Kobayashi
          Leslie E. Kobayashi
          United States District Judge

**RODNEY HODGES VS. CGI FEDERAL DEFENSE & INTELLIGENCE, ET AL; CIVIL 12-00420; ORDER ADOPTING MAGISTRATE JUDGE'S AMENDED FINDINGS AND RECOMMENDATION**